IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TINA RILEY JOHNSON**                                                                                      **PLAINTIFF**

VS.                         CASE NO. 4:11CV00906 JMM

**CUNA MUTUAL INSURANCE SOCIETY,**
**CUNA MUTUAL LIFE INSURANCE CO.,**
**CUNA MUTUAL GROUP**                                                                      **DEFENDANTS**

**ORDER OF DISMISSAL**

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that the complaint is dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions are denied as being moot, and the case is to be closed.

IT IS SO ORDERED this 6th day of August, 2012.

James M. Moody
United States District Judge